IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Johnie Hanible, | ) | C/A No. 0:14-1009-DCN-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This social security action is before this court pursuant to 42 U.S.C § 405(g) for review of a final decision of the Commissioner of the Social Security Administration ("Commissioner"). The plaintiff, who is represented by counsel, initiated this action and filed his Complaint on March 19, 2014. (ECF No. 1.) The Commissioner filed an answer along with a transcript of record on July 18, 2014. (ECF Nos. 10&11.)

The Local Rules of this District state that, after the filing of an answer, a plaintiff has thirty (30) days in which to file a written brief. Local Civil Rule 83.VII.04 DSC. The plaintiff's brief was due on or before August 21, 2014. On August 20, 2014 the plaintiff was granted additional time in which to file a brief until September 22, 2014. (ECF No. 9.) On September 19, 2014 the plaintiff was granted a second extension of time until October 6, 2014. (ECF No. 16.) As of this date, the plaintiff has not filed a brief and has presented no argument as to why the decision by the Commissioner is not supported by substantial evidence. It therefore appears that the plaintiff does not wish to continue to prosecute this action. Accordingly,

*PJG*

**IT IS ORDERED** that the plaintiff shall have **seven (7) days** from the date of this order in which to file a brief. **Failure to do so may result in a recommendation that this case be dismissed for failure to prosecute.** See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 7, 2014
Columbia, South Carolina