IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Johnie Hanible, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 0:14-cv-1009-DCN-PJG |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the agency's Appeals Council will remand the case to an Administrative Law Judge ("ALJ"). The Appeals Council will instruct the ALJ to further obtain vocational expert testimony to determine whether medium exertional level jobs that require only occasional crouching exist in significant numbers in the national economy..

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

IT IS SO ORDERED.

                                                David C. Norton
                                                United States District Judge

December 3, 2014
Charleston, South Carolina

˜2˜